

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-16-00446-CV

**JAY PARKER AND**
**LINDSEY PARKER,**

**Appellants**

**v.**

**GLENN WEBER,**

**Appellee**

_____

**From the 74th District Court**
**McLennan County, Texas**
**Trial Court No. 2015-2039-3**

---

## CONCURRING MEMORANDUM OPINION

---

Because today we issue a memorandum opinion in a case that has been pending more than half a decade with this court, we owe it to the litigants and the public to detail the procedural background of this appeal. We are directed by the Texas Rules of Appellate Procedure to render our judgment promptly, which this Court has failed to do here. *See* TEX. R. APP. P. 43.1; *see also* Tex. Code Jud. Conduct, Canon 3B(9), *reprinted*

*in* TEX. GOV'T CODE ANN., tit. 2, subtit. G, app. B ("A judge should dispose of all judicial matters promptly, efficiently, and fairly.")

The notice of appeal was filed on December 29, 2016. A memorandum opinion, authored by Chief Justice Gray and joined by Justice Davis and Justice Scoggins, issued on May 16, 2018. Weber filed a motion for rehearing shortly thereafter, followed by the Parkers' response. Weber's motion for rehearing was granted on December 30, 2020.

In the order granting rehearing, Chief Justice Gray explained the two-year five-month delay was caused by "administrative responsibilities and case priorities [that] have unduly interrupted and delayed the disposition of the motion. This delay is my responsibility. It should not be attributed to either of the other justices on the panel." Chief Justice Gray in the order's conclusion stated,

> Accordingly, without regard to the merits of the motion for rehearing, the motion for rehearing is granted, the opinion and judgment issued on May 16, 2018, are withdrawn, the submission of the case is set aside, and the case is returned to the docket of the Court to be addressed in due order. As one of the oldest cases on the Court's docket, that "due order" will be a high priority.

> Sincere apologies for this inordinate delay are extended to the clients who have been ably represented by their attorneys in this proceeding.

On November 3, 2022, Chief Justice Gray recused himself from the case. The case was reassigned to Justice Smith and, after approximately five months, this panel now issues this memorandum opinion in this cause. We have endeavored to resolve the case as promptly as possible. I join the majority opinion and respectfully concur.

MATT JOHNSON
Justice

